No. 92–221. ROWAN COS., INC. *v.* PARKER; and ROWAN COS., INC. *v.* BRILEY. Sup. Ct. La. Certiorari denied. Reported below: 599 So. 2d 296 (first case) and 303 (second case).

No. 92–223. GLOBE LIFE & ACCIDENT INSURANCE CO. *v.* OKLAHOMA TAX COMMISSION. Sup. Ct. Okla. Certiorari denied.

No. 92–225. FIRST FIDELITY BANK, N. A., NEW JERSEY *v.* RUDBART ET AL. Sup. Ct. N. J. Certiorari denied.

No. 92–226. ADAMS ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–227. LONDONO-MARTINEZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–228. ARMSTRONG ET AL. *v.* OWENS-ILLINOIS, INC. Ct. App. Md. Certiorari denied.

No. 92–229. COOLEY *v.* SANCHEZ ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–234. BANK OF CUMBERLAND *v.* AETNA CASUALTY & SURETY CO. C. A. 6th Cir. Certiorari denied.

No. 92–236. PETERS ET AL. *v.* OHIO LOTTERY COMMISSION. Sup. Ct. Ohio. Certiorari denied.

No. 92–237. CITIZENS ELECTRIC CORP. *v.* UNITED STATES FIDELITY & GUARANTY CO. C. A. 8th Cir. Certiorari denied.

No. 92–238. NATIONAL SALVAGE & SERVICE CORP. *v.* COMMISSIONER OF THE INDIANA DEPARTMENT OF ENVIRONMENTAL MANAGEMENT. Ct. App. Ind. Certiorari denied.

No. 92–239. FRANCIS *v.* FRANCIS. Ct. App. La., 4th Cir. Certiorari denied.

No. 92–240. MOORE *v.* STATE BAR OF TEXAS. Ct. App. Tex., 4th Dist. Certiorari denied.